# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO SAVINO HERNANDEZ, JR., | Case No. 5:25-cv-01540-SSC |
| Plaintiff, | JUDGMENT |
| v. | |
| NISSAN NORTH AMERICA, INC., et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: May 28, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE